HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JONATHAN FLORES-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-mj-00102-MJS |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR CONTINUANCE OF CHANGE-OF-PLEA AND SENTENCING HEARING; ORDER |
| vs. | |
| JONATHAN FLORES-CARRILLO, | |
| Defendant. | Date: March 9, 2016 |
| | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Jonathan Flores-Carrillo, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his change-of-plea and sentencing hearing, and be allowed to appear via video conference.  Mr. Flores-Carrillo agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Flores-Carrillo is charged with: (1) operating a motor vehicle with a breath alcohol concentration of 0.08% or greater, a violation of 36 C.F.R. § 4.23(a)(2); (2) operating a motor vehicle while under the influence of alcohol to a degree that rendered the operator incapable of

safe operation, a violation of 36 C.F.R. § 4.23(a)(2); (3) failing to comply with the directions of a traffic control device, a violation of 36 C.F.R. § 4.12; (4) carrying or storing a bottle, can, or other receptacle containing an alcoholic beverage that is open, or has been opened, or whose seal is broken or the contents of which have been partially removed, within a motor vehicle in a park area, a violation of 36 C.F.R. § 4.14(b); and (5) driving without a valid driver's license, a violation of 36 C.F.R. § 4.2 (incorporating Cal. Veh. Code § 12500(a)).  Mr. Flores-Carrillo anticipates entering guilty pleas to Counts 1 and 4 pursuant to a plea agreement with the government.  The government has already provided a written plea agreement, which Mr. Flores-Carrillo will sign and return to the government prior to the hearing.  This is Mr. Flores-Carrillo's second request for a waiver of appearance.  The Court previously granted Mr. Flores-Carrillo's request for a waiver of appearance at non-substantive hearings.

Mr. Flores-Carrillo lives in Petaluma, California.  He works at a grocery store in the meat department.  Mr. Flores-Carrillo does not have a valid driver's license.  It would take at least eight hours for him to travel to Yosemite using public transportation, and he would likely have to pay for lodging for one night.  The cost of traveling to Yosemite would pose a serious hardship for Mr. Flores-Carrillo.

Accordingly, Mr. Flores-Carrillo respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the federal courthouse in San Francisco, California.

Mr. Flores-Carrillo further requests that the Court continue the initial appearance from February 24, 2016, to March 9, 2016.  Defense counsel has submitted a request for another defendant to appear via video conference from San Francisco on March 9, 2016, and the San Francisco federal courthouse has indicated that it can accommodate video conferences for two defendants on the same day.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: February 17, 2016          */s/ Matthew McNease*
                                 MATTHEW MCNEASE
                                 Yosemite Legal Officer
                                 Counsel for the Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


Date: February 17, 2016          */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JONATHAN FLORES-CARRILLO


**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:15-mj-00102-MJS, is hereby accepted and adopted as the order of this Court. The Court further grants the parties' request to continue the initial appearance to March 9, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 19, 2016              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE