Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

FEB 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-102-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| JONATHAN FLORES-CARRILLO, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jonathan FLORES-CARRILLO has failed to pay his fine, and has failed to provide proof of attendance in a DMV first offender DUI course.

//

As the legal officer, I am aware that Jonathan FLORES-CARRILLO, was charged with: Operating a motor vehicle with a BAC greater than 0.08, in violation of Title 36 Code of Federal Regulations §4.23(a)(2); Operating a motor vehicle while under the influence of alcohol, in violation of Title 36 Code of Federal Regulations §4.23(a)(1); failing to comply with a traffic control device, in violation of Title 36 Code of Federal Regulations §4.12; having an open container of alcohol in his vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b); and driving without a valid license, in violation of Title 36 Code of Federal Regulations §4.2, California Vehicle Code 12500(a).

On March 9, 2016, FLORES-CARRILLO plead guilty to the charges of: operating a motor vehicle with a BAC greater than 0.08; and having an open container of alcohol in his vehicle. He was sentenced to 12 months of unsupervised probation with the conditions he pay a $1200 fine within the first 10 months, attend and complete a DMV first offender DUI course and provide proof within 10 months, obey all laws, and report all new violations of the law.

The government alleges FLORES-CARRILLO has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:   FAILURE TO PAY FINE

FLORES-CARRILLO was ordered to pay a total fine of $1200 within the first 10 months of his probation. To date FLORES-CARRILLO has paid 0.00 of the fine.

CHARGE TWO:   FAILURE TO COMPLETE DMV COURSE

FLORES-CARRILLO was order to attend and complete the DMV first offender DUI course. To date FLORES-CARRILLO has not submitted proof of attendance or completion of the course.

//

//

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

2/6/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

2/6/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California