Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

AUG 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-102-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| JOHATHAN FLORES-CARRILLO, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jonathan FLORES-CARRILLO has failed to provide proof of having completing the DMV First Time DUI Offender Program and failed to provide proof of completing 50 hours of community service before August 07, 2017.

1

| | |
|---|---|
| 1 | As the Acting Legal Officer, I am aware that Jonathan FLORES-CARRILLO was |
| 2 | charged with: Operating a motor vehicle with a blood alcohol greater than 0.08, in |
| 3 | violation of Title 36 Code of Federal Regulations §4.23(a)(2); Operating a motor vehicle |
| 4 | while under the influence of alcohol, in violation of Title 36 Code of Federal Regulations |
| 5 | §4.23(a)(1); Failing to comply with a traffic control device, in violation of Title 36 Code of |
| 6 | Federal Regulations §4.12; Having an open container of alcohol in his vehicle, in |
| 7 | violation of Title 36 Code of Federal Regulations §4.14(b); and Driving without a valid |
| 8 | license, in violation of Title 36 Code of Federal Regulations §4.2, California Vehicle |
| 9 | Code 12500(a). |
| 10 | On March 9, 2016, FLORES-CARRILLO plead guilty to the charge of Operating a |
| 11 | motor vehicle with a BAC greater than 0.08 and having an open container of alcohol in |
| 12 | his vehicle. The other charges were dismissed. He was sentenced to 12 months of |
| 13 | unsupervised probation with the conditions he obey all laws, report all new law violations |
| 14 | within 7 days, pay a $1200 fine within the first 10 months of probation, and attend and |
| 15 | complete the DMV First Time DUI Offender Program and provide proof of completion |
| 16 | within the first 10 months of probation. |
| 17 | On February 06, 2017, the Government filed an Affidavit of Alleged Probation |
| 18 | Violation, alleging that FLORES-CARRILLO failed to pay a fine of $1200 and failed to |
| 19 | provide proof of having completed the DMV First Time DUI Offender Program. A review |
| 20 | hearing was held on March 07, 2017, whereby the parties stipulated to extend FLORES- |
| 21 | CARRILLO's unsupervised probation until August 22, 2017. The Court ordered |
| 22 | FLORES-CARRILLO to complete 50 hours of community service and complete the DMV |
| 23 | First Time DUI Offender Program. |
| 24 | The government alleges FLORES-CARRILLO has violated the following |
| 25 | condition(s) of his unsupervised probation: |
| 26 | <u>CHARGE ONE</u>: FAILURE TO COMPLETE THE DMV FIRST TIME DUI |
| 27 | OFFENDER PROGRAM |
| 28 | FLORES-CARRILLO was ordered to complete the DMV First Time DUI Offender |

1 | Program. As of the date of this affidavit, FLORES-CARRILLO has not provided proof of
2 | having completed the DMV First Time DUI Offender Program.

CHARGE TWO: FAILURE TO COMPLETE 50 HOURS OF COMMUNITY SERVICE

FLORES-CARRILLO was ordered to complete 50 hours of community service by August 07, 2017. As of the date of this affidavit, FLORES-CARRILLO has not provided proof of having completed any community service hours.

08/21/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

8/21/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3