# UNITED STATES DISTRICT COURT
## Eastern District of California

<table>
<tr><td>

UNITED STATES OF AMERICA

v.

**JONATHAN FLORES-CARILLO**

</td><td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: **6:15MJ00102-001**

Defendant's Attorney: Reed Grantham, Appointed

</td></tr>
</table>

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s) __One and Two__ as alleged in the violation petition filed on __8/21/2017__ .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to complete the DMV first time DUI offender program | 8/22/2017 |
| Two | Failure to complete 50 hours of community service | 8/22/2017 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on __3/7/2017__ .

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

        **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**8/22/2017**
_____
Date of Imposition of Sentence

/s/ Michael J. Seng
_____
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

8/22/2017
_____
Date

DEFENDANT:**JONATHAN FLORES-CARILLO**

CASE NUMBER:**6:15MJ00102-001**

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>30 additional days from date of sentencing (8/22/2017)</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.

2. The Defendant is ordered to obey all federal, state, and local laws.

3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on 8/22/2017 at 10:00 am before U.S. Magistrate Judge Seng.

5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6. 25 days home confinement. Shall travel to work only. At the end of the 25 day period Defendant and Defendant's mother are ordered to sign a Declaration stating the Defendant has complied fully with the terms of Home Confinement. Defense Counsel to provide proof to the Court.