| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JONATHAN FLORES-CARRILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00102-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE SEPTEMBER 20,** |
| | ) **2017 REVIEW HEARING; ORDER** |
| vs. | ) |
| JONATHAN FLORES-CARRILLO, | ) |
| Defendant. | ) |

Defendant Jonathan Flores-Carrillo hereby requests that the Court vacate the September 20, 2017 review hearing. The government is in agreement with the request.

On August 22, 2017, the Court sentenced Mr. Flores-Carrillo to serve twenty-five days of home confinement, with the conditions that he only absent himself from his residence to go to work. The Court further required that at the end of the twenty-five day sentence, Mr. Flores-Carrillo submit to the Court a letter from himself and from his mother, Alma Catalina-Carrillo, swearing, under penalty of perjury that Mr. Flores-Carrillo fully complied with the terms and conditions of the home confinement.

Attached is a letter from Mr. Flores-Carrillo and from his mother, Alma Catalina-Carrillo, swearing, under penalty of perjury that he complied with the terms and conditions of his home confinement. *See* Exhibit A. Accordingly, Mr. Flores-Carrillo has complied with all conditions of his probation, and he requests that the September 20, 2017 review hearing be

vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2017      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JONATHAN FLORES-CARRILLO

# **O R D E R**

Based on the declarations submitted by Mr. Flores-Carrillo as well as the parties' joint representation that Mr. Flores-Carrillo is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for September 20, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 19, 2017         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE